UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIO DAREZZO,

                Plaintiff,

-against-

ALPHONSO'S PIZZERIA INC.
AND 525 GRAND STREET, LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/6/2023_

22 Civ. 8736 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's submissions dated January 25, 26, and 27, 2023. ECF Nos. 14–16. By **March 20, 2023**, Plaintiff shall move for default judgment pursuant to Attachment A of the Court's Individual Practices in Civil Cases, or file a letter on the status of this action.

    SO ORDERED.

Dated: March 6, 2023
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge